USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLICATION GRANTED
SO ORDERED

_____
DENISE L. COTE
U.S. DISTRICT COURT JUDGE
PART I    6/13/19
JUNE 13, 2019

---

CATALINO FAUSTINO ALMAZO VIDAL,
et al., *individually and on behalf of others
similarly situated himself,*,

                       Plaintiffs,

v.

COLUMBUS VILLAGE LLC (D/B/A
BAREBURGER), *et al.*,

                       Defendants.

19 CV 03675 (JGK)(OTW)

**STIPULATION SETTING
DEFENDANTS' TIME TO ANSWER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants Bare City Two, LLC, BB One, LLC and BB 57 LLC, acting by means of their respective counsel, that the time for these Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including July 23, 2019. There has been no previous request for an extension of time.

**IT IS FURTHER STIPULATED AND AGREED** that these Defendants agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

For the Defendants:

By: _____
Evan Michailidis, Esq.
Daune Morris, LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 471-1864
Fax: (212) 214-0650
emichailidis@duanemorris.com

Date: 6/11/19

For the Plaintiff: Clifford R. Tucker

By: /s/ Clifford R. Tucker
_____
Clifford Ryan Tucker, Esq.
Michael Faillace & Associates P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
Fax: (212) 317-1620
ctucker@faillacelaw.com

Date: 6/11/19