UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CATALINO FAUSTINO ALMAZO VIDAL
et al.

                    Plaintiff

Case 19-cv-03675-JGK-OTW

      -against-

**JUDGMENT**

MICHAEL PITSINOS, et al.

                  Defendants
---------------------------------------------------------X

    On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff CATALINO FAUSTINO ALMAZO VIDAL, have judgment against Defendants MICHAEL PITSINOS and COLUMBUS VILLAGE LLC (d/b/a "Bareburger") (collectively "Defendants"), jointly and severally, in the amount of $3,000.00, (Three Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

Dated: _____, 20__    SO ORDERED,

                                                          _____