UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CATALINO FAUSTINO ALMAZO VIDAL
et al.

                                  Case 19-cv-03675-JGK-OTW

           Plaintiff

     -against-

                                 **JUDGMENT**

MICHAEL PITSINOS, et al.

          Defendants
-------------------------------------------------------------X

On __5/7/21__ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff CATALINO FAUSTINO ALMAZO VIDAL, have judgment against Defendants MICHAEL PITSINOS and COLUMBUS VILLAGE LLC (d/b/a "Bareburger") (collectively "Defendants"), jointly and severally, in the amount of $3,000.00, (Three Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: __5/7__, 20_/_     SO ORDERED,

                                               _____