UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2021
```

CATALINO GUASTINO ALMAZO VIDAL, ET AL.,

                Plaintiffs,

- against -

COLUMBUS VILLAGE LLC, ET AL.,

                Defendants.

19 civ 3675 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Counsel for the plaintiffs have moved to withdraw from the representation of plaintiffs Edy Santiago Hernandez Mencia and Santiago Antonio Lopez. (ECF. No. 105) The application to file the supporting affidavit (ECF. No. 106) ex parte and under seal is **granted**.

Plaintiffs' counsel should serve the application and supporting papers on Edy Mencia and Santiago Lopez by July 27, 2021. Edy Mencia and Santiago Lopez may respond to the application by **August 4, 2021**. If there is no response, the application is granted, in which event Edy Mencia and Santiago Lopez will either obtain new counsel or represent themselves in this litigation. Edy Mencia and Santiago Lopez shall advise the Court by **September 3, 2021** whether they are represented by new counsel or are representing themselves. In either event, Edy Mencia and Santiago shall provide the Court with the necessary contact information. If Edy Mencia and Santiago Lopez fail to

comply with this order, their respective cases may be dismissed for failure to prosecute.

The Clerk is directed to close Docket Number 105.

**SO ORDERED.**

Dated:   New York, New York
         July 22, 2021

_____
John G. Koeltl
**United States District Judge**