**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CATALINO FAUSTINO ALMAZO VIDAL, et al.,

        Plaintiffs,

        -against-

COLUMBUS VILLAGE LLC, et al.,

        Defendants.

------------------------------------------------------------x

19-CV-3675 (JGK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 107. Plaintiffs' request for an extension, until **August 9, 2021**, to submit the settlement agreement for approval is **GRANTED**.

Counsel are directed to appear for an in-person settlement status conference **on August 6, 2021 at 10:30 a.m**. at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

The Clerk of Court is directed to close ECF 107.

**SO ORDERED.**

Dated: July 23, 2021
       New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                            United States Magistrate Judge