UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
ALMAZO VIDAL ET AL.,
                  Plaintiffs,        19-cv-3675 (JGK)

      - against -                  ORDER

COLUMBUS VILLAGE LLC ET AL.,
                  Defendants.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Settlement Agreement and Release, ECF No. 118-1, together with the letter in support of the Settlement. ECF No. 118. The Court finds that the Settlement Agreement and Release are fair, reasonable, and adequate, including the provision of attorney's fees. The settlement provides a substantial settlement for the plaintiffs. The provision for attorney's fees is fair and reasonable judged by both the percentage of recovery and the lodestar cross-check, particularly in view of the fact that the fees sought are substantially below the lodestar calculation. However, the new attorneys for the plaintiffs are CSM Legal P.C. and have been substituted for the prior law firm.

    The Clerk is directed to enter judgment for the plaintiffs in accordance with the Settlement Agreement. The Court will retain jurisdiction to enforce the terms of the Settlement

Agreement. The Clerk is directed to close any open motions and to close this case.

**SO ORDERED.**
Dated:   New York, New York
         June 29, 2022

                               _____
                                      John G. Koeltl
                                 United States District Judge